IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

ABDOUL BAH,

    Plaintiff,

v.                                                    No. 2:12-cv-02396-STA-tmp

MILLSTONE MEDICAL OUTSOURCING,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
TWO-DAY EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS

_____

    Before the Court is Defendant Millstone Medical Outsourcing's unopposed Motion for Two-Day Extension of Deadline to File Dispositive Motions. Good cause has been shown in the Motion for an extension of time. Therefore, the Defendant's Motion is GRANTED.

    The parties are granted through May 17, 2013 to file dispositive motions in this cause.

    **IT IS SO ORDERED.**

                                                           **s/ S. Thomas Anderson**
                                                           S. THOMAS ANDERSON
                                                           UNITED STATES DISTRICT JUDGE

                                                           Date: May 15, 2013