IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| ABDOUL BAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:12-cv-02396-STA-tmp |
| | ) |
| MILLSTONE MEDICAL OUTSOURCING, LLC | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Millstone Medical Outsourcing, LLC ("Millstone"), hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of its motion, Defendant relies upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment and Local Rule 56.1 Statement of Material Undisputed Facts with attached exhibits.

DEFENDANT,
Millstone Medical Outsourcing

By its attorneys,

NIXON PEABODY LLP

 /s/ Neal J. McNamara
Neal J. McNamara, *pro hac vice*
One Citizens Plaza – 5th Floor
Providence, RI  02903
Tel. (401) 454-1000
Fax. (401) 454-1030
Email: nmcnamara@nixonpeabody.com

14468566

                                                  BOURLAND, HEFLIN, ALVAREZ,
                                                  MINOR & MATTHEWS, PLC

                                                  /s/  John J. Heflin III
                                                  John J. Heflin III (Tenn. Disc. No. 6142)
                                                  5400 Poplar Avenue, Suite 100
                                                  Memphis, Tennessee 38119
                                                  Tel: (901) 683-3526
                                                  Fax: (901) 763-1037
Dated:  May 17, 2013                        Email: johnheflin@bhammlaw.com


<u>Certificate of Service</u>

     The undersigned certifies that a copy of the foregoing document was served via the Court's ECF system upon the following counsel of record this 17th day of May, 2013:

                Odell Horton, Jr.
                Wyatt, Tarrant & Combs, LLP
                1715 Aaron Brenner Drive, Suite 800
                Memphis, TN 38120


                                                  /s/   Neal J. McNamara