UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**ABDOUL BAH**                                              **JUDGMENT IN A CIVIL CASE**

v.

**MILLSTONE MEDICAL OUTSOURCING**              **CASE NO: 12-2396-A**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on September 5, 2013, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 9/5/2013**                              **THOMAS M. GOULD**
                                                **Clerk of Court**


                                                  s/Terry L. Haley
                                                **(By)  Deputy Clerk**